**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21848-BLOOM/Elfenbein**

RAFAEL ALVAREZ,

     Plaintiff,

v.

PAMELA BONDI, *et al.*,

     Respondents.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [12] ("Notice"), filed on April 23, 2026. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [12]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 26-cv-21848-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 24, 2026.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:      Counsel of Record

2